IN THE UNIITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHELLE JACKSON,

    Plaintiff,

VOCA CORPORATION OF OHIO,

    Defendant.

CASE NO. 2:16-CV-0916

JUDGE EDMUND SARGUS

## ENTRY

The Court, being advised that the case is settled, and that the settlement agreement between Plaintiff, Michelle Jackson and Defendant, Voca Corporation of Ohio has been executed, the case is hereby dismissed with prejudice. Costs to Plaintiff.

_____  11-16-2017
Judge Edmund Sargus

Approved:

/s/William J. Wahoff
William J. Wahoff (0024169)
Nelva J. Smith (0083594)
Steptoe & Johnson PLLC
41 South High Street, Suite 2200
Columbus, Ohio 43215
Ph:  (614) 221-5100
Fax:  (614) 221-0952
bill.wahoff@steptoe-johnson.com
nelva.smith@steptoe-johnson.com
Attorneys for Defendant
Voca Corporation of Ohio

/s/ Daniel H. Klos by execution of settlement documents 08/08/2017
Daniel H. Klos (0031294)
4591 Indianola Avenue
Columbus, OH 43214
Klosdhesq@aol.com
Ph:  (614) 261-9581
Fax:  (614) 262-5732
Attorney for Plaintiff, Michelle Jackson